U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 07 2006
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN BIRDSONG | CIVIL ACTION NO. 1:06-cv-1037 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| CLAUDIA LAPEROUSE, ET AL | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby DISMISSED, *sua sponte,* under 28 U.S.C. §1915(e)(2)(B) as frivolous and failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 7 day of November, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE